ESTATE OF LAUS : STATE DEPARTMENT OF PUBLIC WELFARE, Appellant, vs. LAUS, Administrator, and another, Respondents.

*January 9—February 4, 1941.*

For the appellant there were briefs by *Blaine M. Linke,* collection and deportation counsel, and *Paul B. Knuese,* assistant collection and deportation counsel, and oral argument by *Mr. Knuese.*

For the respondents there was a brief by *Ray J. Fink,* attorney, and *Allan B. Adams,* guardian *ad litem,* both of Menasha, and oral argument by *Mr. Fink.*

ROSENBERRY, C. J. This case is ruled by *Estate of Hahto,* 236 Wis. 65, 294 N. W. 500, decided November 8, 1940.

*By the Court.*—Judgment affirmed.